**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| COOK PRODUCTIONS LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  3:16-cv-3045 |
| | ) | |
| v. | ) | |
| | ) | |
| DOES 1-10, | ) | Judge Jack Zouhary |
| | ) | Magistrate Judge Knepp |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S STATUS REPORT ON IDENTIFYING
AND SERVING DOE DEFENDANTS 1-10**

The Court has asked Plaintiff's Counsel to provide a status report on the steps that Plaintiff's Counsel has taken to identify and serve Doe Defendants 1-10. To that end, Plaintiff's Counsel reports:

1. Plaintiff filed its Complaint on December 21, 2016.

2. Plaintiff obtained an Order to serve subpoenas on Internet Service Providers ("ISPs") on December 30, 2016.

3. Plaintiff served the subpoenas on ISPs Buckeye Cablevision, Time Warner Cable, Frontier and Verizon on or about January 5, 2017.

4. Frontier identified one Doe and advised that the IP addresses for DOES 4 and 5 are actually issued by Armstrong Cable Services.

5. Plaintiff served a follow-up Subpoena on Armstrong Cable Services on February 18, 2017.

6.  Plaintiff is reaching out to Verizon and Time Warner Cable to determine why they have not yet responded to the plaintiff's subpoenas.

7.  On February 14, 2017, the Court granted the Plaintiff's request to extend time to obtain service to June 8, 2017.

DATED:  February 20, 2017

Respectfully Submitted,

Timothy A. Shimko (0006736)
Shimko Law Offices LLC
Box 6985
159 Crocker Park Blvd. Suite 400
Westlake, Ohio 44145
Tel. (216) 241-8300
Fax (216) 539-2015
tas@shimkolaw.com
*Attorneys for Plaintiff*