INFRINGERS' ACTIVITY REPORT

TITLE OWNER: COOK PRODUCTIONS, INC.
FILM NAME : Mr. Church.2016720p.BluRay.x264-NEZu
FILE HASH: SHA1: 52365D3E8F333050CF3779E978504FE0880FD38B

| No | IP | Port | Hit Date UTC | ISP | City | County |
|---|---|---|---|---|---|---|
| 1 | 72.241.250.252 | 43377 | 2016-11-01 04:53:4 | Buckeye Cablevision | Toledo | Lucas |
| 2 | 72.240.242.105 | 50321 | 2016-10-29 19:53:1 | Buckeye Cablevision | Toledo | Lucas |
| 3 | 50.51.109.232 | 40335 | 2016-11-12 05:50:3 | Frontier Communications | Willard | Huron |
| 4 | 50.51.82.228 | 34930 | 2016-11-10 04:35:3 | Frontier Communications | Greenwich | Huron |
| 5 | 50.54.49.57 | 43936 | 2016-11-02 20:22:2 | Frontier Communications | New Londo | Huron |
| 6 | 76.189.37.141 | 64840 | 2016-11-20 02:32:1 | Time Warner Cable | Akron | Summit |
| 7 | 76.190.199.102 | 58280 | 2016-11-14 01:17:0 | Time Warner Cable | Twinsburg | Summit |
| 8 | 24.166.40.188 | 14090 | 2016-11-04 19:32:0 | Time Warner Cable | Ashtabula | Ashtabula |
| 9 | 24.210.224.169 | 54376 | 2016-11-02 07:47:3 | Time Warner Cable | Euclid | Cuyahoga |
| 10 | 70.199.9.183 | 9494 | 2016-11-01 16:05:3 | Verizon Wireless | Dennison | Tuscarawas |