27IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ME2 PRODUCTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:16-cv-02715 |
| | ) | |
| v. | ) | |
| | ) | |
| DOES 1-8, | ) | Judge Jack Zouhary |
| | ) | Magistrate Judge Knepp |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S STATUS REPORT IN RE SERVICE ON DOES 1-8

The Court has asked Plaintiff's Counsel to provide a status report on the steps that Plaintiff's Counsel has taken to identify and serve Doe Defendants 1-8. To that end, Plaintiff's Counsel reports that:

1. Plaintiff filed this action on November 7, 2016.

2. On November 14, 2016, the Court granted Plaintiff's application to conduct limited discovery to serve subpoenas on Internet Service Providers.

3. Plaintiff served limited discovery subpoenas on several ISPs and all the ISPs have responded.

4. On February 10, 2017, based on information provided by the ISPs. Plaintiff identified six of the Doe Defendants and moved for an extension of time to obtain service. On February 14, 2017, the Court granted the plaintiff until April 17, 2017 to obtain service over the defendants.

5. To date, the Plaintiff has filed notices of dismissals for all defendants except Defendant Ra Von Burton.

6. On April 3, 2017, a return of service was filed by the Clerk for Defendant Ra Von Burton.

7. On May 10, 2017, the Clerk entered a default against Defendant Ra Von Burton and the Plaintiff is in the process of finalizing a motion for default judgment against Defendant Ra Von Burton.

8. On or about June 22, 2017, Plaintiff filed its motion for default judgment against the only remaining defendant, Ra Von Burton.  Mr. Von Burton was served with the Complaint, and with Plaintiff's Motion for Default Judgment.  He has not, as of this writing, responded.

DATED:  July 6, 2017

>Respectfully Submitted,
>
>*/s/ Timothy A. Shimko*
>Timothy A. Shimko (0006736)
>Shimko Law Offices LLC
>Box 6985
>159 Crocker Park Blvd. Suite 400
>Westlake, Ohio 44145
>Tel. (216) 241-8300
>Fax (216) 539-2015
>tas@shimkolaw.com
>*Attorneys for Plaintiff*

2