IN THE UNITED STATES DISTRICT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **COOK PRODUCTIONS, INC.** ) | |
| ) | **CASE NO. 3:16-CV-3045** |
| ) | |
| ) | |
| **Plaintiff,** ) | **JUDGE JACK ZOUHARY** |
| ) | |
| Vs. ) | |
| ) | |
| **DOES 1-10** ) | |
| ) | |
| **Defendants**. ) | |

## PLAINTIFF'S MOTION TO DISMISS
## DEFENDANT JOHN TRINER

**NOW COMES** the Plaintiff, pursuant to Rule 21 of the Federal Rules of Civil Procedure, and moves this Court for an order voluntarily dismissing Defendant John Triner with prejudice, on the grounds that Plaintiff's Counsel and Defendant's Counsel have reached an accommodation whereby Plaintiff has agreed to dismiss its claims against Defendant with prejudice. Each party to bear its own costs.

Respectfully Submitted,

*Timothy A. Shimko*

**Timothy A. Shimko**
Shimko Law Offices, LLC
Box 6985
159 Crocker Park Blvd. # 400
Westlake, Ohio 44145
(216) 241-8300
tas@shimkolaw.com

Attorney for Plaintiff