# IN THE UNITED STATES DISTRICT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **COOK PRODUCTIONS, INC.** | ) | |
| | ) | **CASE NO. 3:16-CV-3045** |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **JUDGE JACK ZOUHARY** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **DOES 1-10** | ) | |
| | ) | |
| **Defendants**. | ) | |

## ORDER GRANTING
## PLAINTIFF'S MOTION TO DISMISS
## DEFENDANT JOHN TRINER

**UPON MOTION** of the Plaintiff and for good cause shown, Defendant John Triner is hereby dismissed with prejudice. Each party to bear their own costs.

                                                            s/ Jack Zouhary
                                          US District Court  **JUDGE**
                                                     August 10, 2017