# EXHIBIT 4(A) JONATHAN TONEY CROSS REFERENCE REPORT

| # | IP | First Seen | Last Seen | Torrent Name | Type | Occurences | Torrent Hash |
|---|---|---|---|---|---|---|---|
| 1 | 76.189.37.141 | 2017-01-01 | 2017-01-01 | Gold Rush S07E11 Game Over HDTV x264CRiMSONettv | Video TV | 1 | D8F5B58B256F252A10CE41DF7E9A |
| 2 | 76.189.37.141 | 2016-12-27 | 2016-12-27 | The Accountant 2016 HC HDRip X264EVO | Video Movies | 1 | 2C2350C31CB5B56D1F988BE9D465 |
| 3 | 76.189.37.141 | 2016-12-26 | 2016-12-26 | BadSanta22016READNFOHDRipXviDAC3EVO in Comedy by S | Video Movies | 1 | 1EC75E74F040F7FA8B54F340B6D2 |
| 4 | 76.189.37.141 | 2016-12-22 | 2016-12-23 | 312016BRRipXViDAC3ETRG in Horror by ETRG | Video Movies | 2 | 547978DE922CB4401519DA2B2BD7 |
| 5 | 76.189.37.141 | 2016-12-08 | 2016-12-09 | TheWalkingDeadS07E07HDTVx264FUMettv in Other by et | Video TV | 2 | 66C886F21488F89D1A3C82DD04BF |
| 6 | 76.189.37.141 | 2016-12-08 | 2016-12-09 | TheWalkingDeadS07E06HDTVx264DEFiNE[ettv] in Other by ettv | Video TV | 2 | 66D02C3FCE448545D1D88D2C6022 |
| 7 | 76.189.37.141 | 2016-12-08 | 2016-12-09 | 2TheWalkingDeadS07E05HDTVx264FUM[ettv] 900 in The Walking Dead by ettv | Video TV | 2 | 8A42938CB7512C1AA722FAB7D2E4 |
| 8 | 76.189.37.141 | 2016-12-08 | 2016-12-09 | TheWalkingDeadS07E04PROPERHDTVx264KILLERS[ettv] in The Walking Dead by ettv | Video TV | 2 | 2EB1D0E514D6D3AE29E4895467D7 |
| 9 | 76.189.37.141 | 2016-12-05 | 2016-12-05 | GoldRushS07E08MegaBargeandKidCommandoHDTVx264CRiMS | Video TV | 1 | B2D0D402CFE6AE86A963E34470FI |
| 10 | 76.189.37.141 | 2016-11-26 | 2016-11-29 | GoldRushS07E07WateryGraveHDTVx264W4F[ettv] in Other by ettv | Video TV | 2 | D578BDA13F64244CF30F2DE11289 |
| 11 | 76.189.37.141 | 2016-11-26 | 2016-11-26 | 312016HDRipXViDETRG in Horror by ETRG | Video Movies | 1 | 1EDB84AAE00A839A5A7BAA0F7F88 |
| 12 | 76.189.37.141 | 2016-11-20 | 2016-11-20 | MrChurch2016720pBluRayx264NeZu in Drama by NeZu | Video Movies | 1 | 52365D3E8F333050CF3779E97850 |
| 13 | 76.189.37.141 | 2016-11-19 | 2016-11-19 | 1GoldRushS07E06NoCraneNoGainHDTVx264CRiMSON[ettv] in Other by ettv | Video TV | 1 | 4D19B0B94755E16988D9E32CB04D |
| 14 | 76.189.37.141 | 2016-11-09 | 2016-11-10 | TheWalkingDeadS07E02WEBDLx264FUM[ettv] in Other by ettv | Video TV | 2 | 62AFB684714F43224E2CFB2BC457 |
| 15 | 76.189.37.141 | 2016-11-09 | 2016-11-09 | 1TheWalkingDeadS07E01HDTVx264KILLERS[ettv] in The Walking Dead by ettv | Video TV | 1 | 087ADE3FD3D3BE9B386C7D4963E6 |
| 16 | 76.189.37.141 | 2016-11-03 | 2016-11-04 | GoldRushS07E03FrankensteinMachineryHDTVx264CRiMSON[ettv] in Other by ettv | Video TV | 2 | D42B4480960635E8E8B52E30D9E8 |
| 17 | 76.189.37.141 | 2016-10-27 | 2016-10-27 | Mechanic Resurrection 2016 REAL TELESYNC READNFO x264CPG | Video Movies | 1 | 07E59A8A784D802EE49EAAB91358 |
| 18 | 76.189.37.141 | 2016-09-21 | 2016-09-21 | UnREAL S02E05 HDTV x264 FLEET rartv tv | Video TV | 1 | B2C5CBC990AC8FBA721105D1DAD8 |
| 19 | 76.189.37.141 | 2016-09-01 | 2016-09-01 | The Jungle Book torrent | Video Movies | 1 | 7254BDB5EFD440273F2555A60D8D |
| 20 | 76.189.37.141 | 2016-08-19 | 2016-08-19 | The Binding of Isaac Rebirth [ENG] 2014 PC | Software Games | 1 | 92A0C27A19C14A460C35BBE33971 |
| 21 | 76.189.37.141 | 2016-07-02 | 2016-07-24 | Game of Thrones S06E10 The Winds of Winter 1080p x265 10bit Joy mkv tv | Video TV | 4 | 1598B7DE8CD9A627476DB62ECE70 |
| 22 | 76.189.37.141 | 2016-06-21 | 2016-07-15 | www CpasBien cm Game of Thrones S06E09 SUBFRENCH HDTV XviD ZT avi tv | Video TV | 4 | 1DC2F760B2D3FB1ABA199871C84A |
| 23 | 76.189.37.141 | 2016-07-02 | 2016-07-04 | Central Intelligence 2016 HD TS X264 AC3 CPG movies | Video Movies | 2 | 97F4CB43B0B6B27FCAA84F5E6E25 |
| 24 | 76.189.37.141 | 2016-06-17 | 2016-06-21 | X Men Apocalypse 2016 TC x264 AAC ETRG movies | Video Movies | 2 | FBFBBBAD0DD7E14D41B8610E16DI |
| 25 | 76.189.37.141 | 2016-06-14 | 2016-06-14 | Game of Thrones S06E08 HDTV x264 KILLERS ettv tv | Video TV | 1 | 0DDF5052C1C580A129598186E050 |
| 26 | 76.189.37.141 | 2016-06-14 | 2016-06-14 | Never Back Down No Surrender 2016 1080p WEBDL DD5 1 H264FGT | Video Movies | 1 | C0D376FB86CB52EABFFE1BCAB110 |
| 27 | 76.189.37.141 | 2016-06-02 | 2016-06-04 | Game of Thrones Season 6 S06E05 720p Web Dl x264 Mr1ss tv | Video TV | 2 | DF5FF280A406A03CB454601835EJ |
| 28 | 76.189.37.141 | 2016-06-02 | 2016-06-02 | [katcr]gothams02e22hdtvx264lolrartv | Video TV | 1 | 3EFD5E9FFDD2FE1DBBD4B1EAFBB0 |
| 29 | 76.189.37.141 | 2016-06-02 | 2016-06-02 | Game of Thrones S06E04 1080p HDTV x265 HEVC 6CH 600MB ShAaNiG tv | Video TV | 1 | 3D6D042AEC4F7D86B73BA9580B03 |
| 30 | 76.189.37.141 | 2016-05-20 | 2016-05-22 | GothamS02E21HDTVx264LOL[ettv] in Gotham | Video TV | 3 | 7E42381EC035963BC033C980314A |
| 31 | 76.189.37.141 | 2016-05-21 | 2016-05-22 | How to Be Single 2016 HDRip XViD ETRG movies | Video Movies | 2 | 4829FD4F003B9E5B22DF14A2394D |

| # | IP | First Seen | Last Seen | Torrent Name | Type | Occurences | Torrent Hash |
|---|---|---|---|---|---|---|---|
| 32 | 76.189.37.141 | 2016-05-20 | 2016-05-21 | The 100 S03E16 HDTV x264 DEFiNE rartv tv | Video TV | 2 | 6040120481366EACC67B3C15BE8( |
| 33 | 76.189.37.141 | 2016-05-20 | 2016-05-21 | The100S03E15WEBDLx264FUM[ettv] in The 100 | Video TV | 2 | 0AA1E832064EA6602F1665F3F46( |
| 34 | 76.189.37.141 | 2016-05-20 | 2016-05-21 | Gotham S02E20 HDTV x264LOL[ettv] | Video TV | 2 | 2B5CC36CA1A4E4FB8C97598658D/ |
| 35 | 76.189.37.141 | 2016-05-20 | 2016-05-21 | The 100 S03E14 HDTV x264 KILLERS ettv tv | Video TV | 2 | DF6E7886634F0EA4C0E24D47B7D; |
| 36 | 76.189.37.141 | 2016-04-30 | 2016-05-01 | The 100 S03E13 HDTV x264 DEFiNE rartv tv | Video TV | 2 | C29A220F8A907E0F7157DE2B8AE5 |
| 37 | 76.189.37.141 | 2016-04-26 | 2016-04-30 | Triple 9 2016 READNFO HDRip XviD AC3 EVO movies | Video Movies | 2 | 4FB61EAE0289E433926B1C37C57I |
| 38 | 76.189.37.141 | 2016-04-26 | 2016-04-30 | The Boss 2016 HC HDRip XViD AC3 ETRG movies | Video Movies | 2 | BF00764FBE5C0BCEF0F6D2E9683` |
| 39 | 76.189.37.141 | 2016-04-24 | 2016-04-26 | Tomorrowland 2015 1080p BrRip x264 YIFY in Movies Other | Video Movies | 3 | 32415815A0B4621400688F0BF29( |
| 40 | 76.189.37.141 | 2016-04-07 | 2016-04-12 | The Walking Dead S06E16 INTERNAL HDTV x264 KILLERS ettv tv | Video TV | 4 | 017A1B71BA1351FDB02CEEDE39A( |
| 41 | 76.189.37.141 | 2016-04-09 | 2016-04-09 | The 100 S03E10 HDTV x264FLEET | Video TV | 1 | D053E7B0489D6C50479E1AD4956/ |
| 42 | 76.189.37.141 | 2016-02-23 | 2016-02-23 | Foo Fighters The Feast and the Famine Single From Sonic Highways (MP32014) | Audio Music | 1 | F2C9EEE27262DC0A11EC6E06337/ |
| 43 | 76.189.37.141 | 2016-02-23 | 2016-02-23 | ███████████████████████████ | ████ | █ | ███████████████████████████ |
| 44 | 76.189.37.141 | 2016-02-23 | 2016-02-23 | Yukon Gold S03E05 Divine Intervention 540p WEBRiP | Video TV | 1 | F260C09FF56855F6E26030A3463} |
| 45 | 76.189.37.141 | 2016-02-23 | 2016-02-23 | FAST ampamp FURIOUS 7 Movie NL 2015 1080p BluRay H264 AC3 5 1 NL Subs HD | Video Movies | 1 | F204FA99DE112C8E0261C6DAB4B/ |
| 46 | 76.189.37.141 | 2016-02-23 | 2016-02-23 | Unity Asset Butterfly Particle System v1 0 AKD applications windows | Software PC | 1 | F2EBA701556B447FAF1CAC3E263( |
| 47 | 76.189.37.141 | 2016-02-23 | 2016-02-23 | Voice from the Void 301400 | Ebooks | 1 | F22065575E1A4DE8BA844C0BD66I |
| 48 | 76.189.37.141 | 2016-02-23 | 2016-02-23 | The Canal 2014 HDRip L1 | Video Movies | 1 | F29F1945729854AD217267B81C8( |
| 49 | 76.189.37.141 | 2016-02-23 | 2016-02-23 | ███████████████████████████ | ████ | █ | ███████████████████████████ |
| 50 | 76.189.37.141 | 2016-02-23 | 2016-02-23 | ███████████████████████████ | ████ | █ | ███████████████████████████ |
| 51 | 76.189.37.141 | 2016-02-23 | 2016-02-23 | ███████████████████████████ | ████ | █ | ███████████████████████████ |
| 52 | 76.189.37.141 | 2016-02-07 | 2016-02-07 | The Hateful Eight 2015 DVDSCR 999MB ShAaNiG mkv | Video Movies | 1 | CCD20554EF3EAF7E2889CA56AA9; |
| 53 | 76.189.37.141 | 2016-02-07 | 2016-02-07 | Gold Rush S06E16 Golden Bombshell HDTV x264 W4F ettv tv divx xvid | Video TV | 1 | CBF468DFDF68E0D640416E8283C( |
| 54 | 76.189.37.141 | 2016-02-07 | 2016-02-07 | 1LuckyNumber2015HDRipXviDAC3EVO in Comedy | Video Movies | 1 | CBCB779E48AAF1417554EE16791I |
| 55 | 76.189.37.141 | 2016-02-07 | 2016-02-07 | Minions 2015 WEB DL 1080p Dual Áudio Dublado movies | Video Movies | 1 | C42E946EEAD509CE6A194EA96BB; |
| 56 | 76.189.37.141 | 2016-02-07 | 2016-02-07 | NRJ Party Hits 2015 music | Audio Music | 1 | C0D1841F1DB44B8D7826294A07F< |
| 57 | 76.189.37.141 | 2016-02-07 | 2016-02-07 | TheShannaraChroniclesS01E04WEBDLx264FUM[ettv] in Other | Video TV | 1 | CDDC96D50FF7D29BB74BD0D98EEI |
| 58 | 76.189.37.141 | 2016-01-30 | 2016-01-30 | The 100 S03E01 HDTV x264 KILLERS ettv tv | Video TV | 1 | 1A82E8EF9E00CAC3838409FCD54} |
| 59 | 76.189.37.141 | 2016-01-26 | 2016-01-26 | Queen of the Desert 2016 HDRip XviD AC3 EVO movies | Video Movies | 1 | 896B438F8D8F7C433F4B88A2432; |
| 60 | 76.189.37.141 | 2016-01-24 | 2016-01-25 | The Runner 2015 FRENCH BRRip XviD AM84 avi movies | Video Movies | 2 | B718A9916F106A679F230122288` |
| 61 | 76.189.37.141 | 2016-01-14 | 2016-01-14 | The Walking Dead S05E14 720p HDTV x264 KILLERS eztv tv | Video TV | 1 | B0B1B682AB3F649EECF956F558A( |
| 62 | 76.189.37.141 | 2016-01-14 | 2016-01-14 | Into the Badlands S01E05 HDTV x264 KILLERS ettv tv | Video TV | 1 | BBA38845B5689D724F7174240AE( |

| # | IP | First Seen | Last Seen | Torrent Name | Type | Occurences | Torrent Hash |
|---|---|---|---|---|---|---|---|
| 63 | 76.189.37.141 | 2016-01-14 | 2016-01-14 | ███████████ | ███ | █ | ███████████ |
| 64 | 76.189.37.141 | 2016-01-14 | 2016-01-14 | Quantico S01E11 HDTV x264 LOL rartv tv | Video TV | 1 | BEC99A4206D0F0CDC208BFCF66E0 |
| 65 | 76.189.37.141 | 2016-01-14 | 2016-01-14 | Gold Rush S06E12 Crew War HDTV x264 W4F ettv tv | Video TV | 1 | B362CD45CF043B9DD294A6FC7AC9 |
| 66 | 76.189.37.141 | 2016-01-14 | 2016-01-14 | Sisters 2015 HC HDRip XViD AC3 ETRG movies | Video Movies | 1 | D7FD11CF588F0FFFE496DF6789B |
| 67 | 76.189.37.141 | 2016-01-14 | 2016-01-14 | Revenge of the Nerds 2Nerds in Paradise 1987DVDRip XvidTHC | Video Movies | 1 | AA040F722389C05534D5305A0570 |
| 68 | 76.189.37.141 | 2016-01-14 | 2016-01-14 | Boologam 2015 CAMRip x264 MP3 700MB movies | Video Movies | 1 | B141B490B7AB205A0EE766F415D |
| 69 | 76.189.37.141 | 2016-01-14 | 2016-01-14 | The Martian 2015 720p HD Rip Tamil Line Audio English movies | Video Movies | 1 | B552342F440B9954A7764304D7A |
| 70 | 76.189.37.141 | 2016-01-07 | 2016-01-07 | BridgeofSpies2015HDRipXviDAC3EVO | Video Movies | 1 | 273259314F67D2EFF328E7727AC |
| 71 | 76.189.37.141 | 2016-01-03 | 2016-01-03 | The Revenant 2015 DVDSCREENER 800MB ShAaNiG | Video Movies | 1 | F1DFAC3BA4CDD76921A26EC642A |
| 72 | 76.189.37.141 | 2016-01-03 | 2016-01-03 | TheBigShort2015DVDScrXVIDAC3HQHiveCM8 in Biography | Video Movies | 1 | F248B6B29281EEB2B4D89EDC4D3 |
| 73 | 76.189.37.141 | 2016-01-02 | 2016-01-02 | Oh My Venus E10 151215 HDTV XviDWITH avi | Video TV | 1 | D9BDBB8C1B1132099ED95FEC12C0 |
| 74 | 76.189.37.141 | 2016-01-02 | 2016-01-02 | The Perfect Guy 2015 | Video Movies | 1 | CE8784A162E26295205955C6CFF |
| 75 | 76.189.37.141 | 2016-01-02 | 2016-01-02 | Burnt2015BRRipXViDETRG in Comedy | Video Movies | 1 | DB7188EBC63A368DD258FC9D42E |
| 76 | 76.189.37.141 | 2016-01-02 | 2016-01-02 | HorribleSubs Noragami Aragoto 13 720p mkv anime english translated | Video Anime | 1 | D6183DEADA2D2DBC43F6360F0E90 |
| 77 | 76.189.37.141 | 2015-12-31 | 2015-12-31 | ███████████ | ███ | █ | ███████████ |
| 78 | 76.189.37.141 | 2015-12-26 | 2015-12-27 | [katcr]theintern20151080pwebdldd51h264rarbg | Video Movies | 2 | 7BC238FD69F5A43C1CD55668704 |
| 79 | 76.189.37.141 | 2015-12-22 | 2015-12-22 | Creed2015DVDScrXVIDAC3HQHiveCM8 | Video Movies | 1 | 8E5F99D13EDCCB8ECB7BA306A33 |
| 80 | 76.189.37.141 | 2015-12-20 | 2015-12-20 | ███████████ | ███ | █ | ███████████ |
| 81 | 76.189.37.141 | 2015-12-19 | 2015-12-20 | Gold Rush S06E09 Parkers 21st HDTV x264 W4F ettv tv | Video TV | 2 | 829B9AB51B984C9BAC8191F195F |
| 82 | 76.189.37.141 | 2015-12-19 | 2015-12-20 | Pawn Sacrifice 2014 720p WEBDL 900MB MkvCage in Drama | Video Movies | 2 | 828FAE45EBCE4D175A8EA689939 |
| 83 | 76.189.37.141 | 2015-12-20 | 2015-12-20 | War Room 2015 FRENCH BDRip XviD ViVi avi movies | Video Movies | 1 | 865A82914905E13CE4256CBB28D |
| 84 | 76.189.37.141 | 2015-12-19 | 2015-12-19 | ███████████ | ███ | █ | ███████████ |
| 85 | 76.189.37.141 | 2015-12-19 | 2015-12-19 | Багровый пик Crimson Peak 2015 WEBDLRip iTumes | Video Movies | 1 | 88C235296D46E3DF61386DE119E |
| 86 | 76.189.37.141 | 2015-12-19 | 2015-12-19 | Snappy Driver Installer R423 [Драйверпаки 15121] 2015 PC | Other | 1 | 80AAA14E6C0BDEFB6F7E72F7464 |
| 87 | 76.189.37.141 | 2015-12-18 | 2015-12-18 | School Dance2014HDRipXViDjuggs[ETRG] | Video Movies | 1 | 2C234B2DCFACA2E7DC1EDD39373 |
| 88 | 76.189.37.141 | 2015-12-13 | 2015-12-13 | Power 2014 S02E04 HDTV x264 KILLERS ettv tv | Video TV | 1 | D0B7457DD644A5D224F245AC67B |
| 89 | 76.189.37.141 | 2015-12-13 | 2015-12-13 | ███████████ | ███ | █ | ███████████ |
| 90 | 76.189.37.141 | 2015-12-13 | 2015-12-13 | Sharknado 2 The Second One 2014 720p UNRATED BRRip x264 Dual Audio Hindi 2 0 English 2 0 Exclusive By =Dr STAR= movies dubbed | Video Movies | 1 | BB9E1ABBA2DD26F1A0FC65F678E |
| 91 | 76.189.37.141 | 2015-12-13 | 2015-12-13 | American Sniper 2014 FRENCH DVDSCR XviD MDProZaiK avi | Video Movies | 1 | B414C69F81D6B1AAB36445618F0 |
| 92 | 76.189.37.141 | 2015-12-13 | 2015-12-13 | Drake If Youre Reading This Its Too Late 2015 320kbps | Audio Music | 1 | BF937884BDB76D2B9B16B73E95D |

| # | IP | First Seen | Last Seen | Torrent Name | Type | Occurrences | Torrent Hash |
|---|---|---|---|---|---|---|---|
| 93 | 76.189.37.141 | 2015-12-13 | 2015-12-13 | Gold Rush S06E09 Mammoth Gold HDTV x264W4F[ettv] | Video TV | 1 | B9441E2CC4AFA5857841C3CBD18 |
| 94 | 76.189.37.141 | 2015-12-13 | 2015-12-13 | The Martian 2015 540p HDRip KORSUB x264 AAC2 0FGT | Video Movies | 1 | BA299DF2AEE125160006474067A |
| 95 | 76.189.37.141 | 2015-12-12 | 2015-12-13 | Scouts Guide to the Zombie Apocalypse 2015 HDRip XViD ETRG movies | Video Movies | 2 | CE9BB42CA2F2576884831AE2A2E |
| 96 | 76.189.37.141 | 2015-12-06 | 2015-12-08 | GoldRushS06E08MammothChannelHDTVx264W4F[ettv] in Other | Video TV | 2 | D5D41A9C10D3FBD82EDDEA07784 |
| 97 | 76.189.37.141 | 2015-12-06 | 2015-12-08 | SouthParkS19E09HDTVx264KILLERS[ettv] in South Park | Video TV | 2 | DE322FAEBBBC6AC35161CC15B57 |
| 98 | 76.189.37.141 | 2015-12-08 | 2015-12-08 | Viet Cong Viet Cong [2015] 320 | Audio Music | 1 | D0CC623C2282E2558A527D63B99 |
| 99 | 76.189.37.141 | 2015-12-06 | 2015-12-08 | Katti Batti 2015 DVDRip XviD 1CDRip MP3 DDR movies bollywood | Video Movies | 2 | D8183A8319998B2B673CB2C0166 |
| 100 | 76.189.37.141 | 2015-12-08 | 2015-12-08 | The Walking Dead S06E08 720p HDTV x264 KILLERS cttv tv | Video TV | 1 | D72B333A555679EA0A0D00BC53C |
| 101 | 76.189.37.141 | 2015-12-06 | 2015-12-06 | 500 Days Of Summer2009720pBDRipx264VLiS | Video Movies | 1 | E08F0D17A4C32325C74E5E604E8 |
| 102 | 76.189.37.141 | 2015-12-06 | 2015-12-06 | The Walking Dead S05E09 720p HDTV x264KILLERS [eztv] | Video TV | 1 | D05F97E42246C249A9C94647505 |
| 103 | 76.189.37.141 | 2015-12-04 | 2015-12-05 | SleepingWithOtherPeople2015HDRipXviDAC3EVO in Comedy | Video Movies | 2 | 6F85A4531C7D2A2B4CEE9EA0B44 |
| 104 | 76.189.37.141 | 2015-12-05 | 2015-12-05 | HorribleSubs Seraph of the End S2 08 720p mkv anime english translated | Video Anime | 1 | 7386238F60BA9049D2E9FB77B50 |
| 105 | 76.189.37.141 | 2015-12-05 | 2015-12-05 | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■ | ■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■ |
| 106 | 76.189.37.141 | 2015-12-05 | 2015-12-05 | GothamS02E10HDTVx264LOL[ettv] in Gotham | Video TV | 1 | E4A90189EC7CB7D48C44480C5AB |
| 107 | 76.189.37.141 | 2015-12-04 | 2015-12-04 | Gold Rush S06E07 ElDorado Dream HDTV x264 W4F ettv tv | Video TV | 1 | A14352A4A9BEB8EBAF088BFF6EA |
| 108 | 76.189.37.141 | 2015-11-30 | 2015-11-30 | The Santa Clause 2 2002 720p BrRip x264 YIFY | Video Movies | 1 | 44A631A9BDB599767AA5F61DC3F |
| 109 | 76.189.37.141 | 2015-11-30 | 2015-11-30 | The Santa Clause 1994 1080p BrRip x264 YIFY | Video Movies | 1 | F871E90F940D4E4E9338E6A3379 |
| 110 | 76.189.37.141 | 2015-11-29 | 2015-11-29 | We Got Married S04 E262 150307 HDTV H264 720pWITH mp4 | Other | 1 | B7CC7DA8D52E2D0C102881A3757 |
| 111 | 76.189.37.141 | 2015-11-22 | 2015-11-29 | AntMan 2015 1080p BluRay x264 DTSJYK in Action | Video Movies | 2 | B827183FAA50CC8DCACBA93EADB |
| 112 | 76.189.37.141 | 2015-11-22 | 2015-11-22 | Scandal US S05E09 HDTV x264 FLEET rartv tv | Video TV | 1 | 3AFF0AD5F9DDD99E4EE39D4D38F |
| 113 | 76.189.37.141 | 2015-11-22 | 2015-11-22 | Greys Anatomy S12E08 HDTV x264 KILLERS ettv tv | Video TV | 1 | 4B36734C0BDE29821055ECE3275 |
| 114 | 76.189.37.141 | 2015-11-22 | 2015-11-22 | 1Madonna Rebel Heart 2015 Super Deluxe Edition 320 kbps [GloDLS] in Pop | Audio Music | 1 | 333DD0D4F5771A5F6E7658F4B99 |
| 115 | 76.189.37.141 | 2015-11-21 | 2015-11-22 | Gold Rush S06E06 Treasure Island HDTV x264 W4F ettv tv | Video TV | 2 | 4A154A7BA5EE75C733BFB268366 |
| 116 | 76.189.37.141 | 2015-11-22 | 2015-11-22 | Marvels Jessica Jones S01E07 WEBRiP x264 QCF rartv tv | Video TV | 1 | 3959DF76EE8E091D921C415D484 |
| 117 | 76.189.37.141 | 2015-11-22 | 2015-11-22 | John Legend All of Me {2013Single} | Audio Music | 1 | 45E7E78F3A473CFC5362E5E5F03 |
| 118 | 76.189.37.141 | 2015-11-21 | 2015-11-21 | The Little Prince 2015 FRENCH BDRip XviDGLUPS | Video Movies | 1 | C017D37E223DD50F1935F73681B |
| 119 | 76.189.37.141 | 2015-11-07 | 2015-11-07 | ScandalUSS05E07HDTVx264KILLERS[ettv] in Other | Video TV | 1 | 882CB7D9D4A400C4D6BDF915DF6 |
| 120 | 76.189.37.141 | 2015-11-06 | 2015-11-07 | Gotham S02E07 HDTV x264 LOL ettv tv divx xvid | Video TV | 2 | 92BE2DAA2E89C2B23113AAE5C32 |
| 121 | 76.189.37.141 | 2015-11-05 | 2015-11-06 | Maze Runner Scorch Trials 2015 720p x264 AAC Olleh movies highres | Video Movies | 2 | FE2BB5A342B3DF9E5F811E0D6E8 |
| 122 | 76.189.37.141 | 2015-11-06 | 2015-11-06 | Kis Kisko Pyaar Karu 2015 Hindi 720p HDRiP x264 ShAaNiG mkv movies bollywood | Video Movies | 1 | 816C97E41B8110D9D3A29402D72 |
| 123 | 76.189.37.141 | 2015-11-06 | 2015-11-06 | Self less 2015 1080p BluRay x264 DTS JYK movies highres | Video Movies | 1 | FE8C9140AFFC34FFB3808F809CD |

| # | IP | First Seen | Last Seen | Torrent Name | Type | Occurences | Torrent Hash |
|---|---|---|---|---|---|---|---|
| 124 | 76.189.37.141 | 2015-11-05 | 2015-11-05 | Fargo S02E02 HDTV x2642HD | Video TV | 1 | E9E6D518B146ED6D4728A3AED072 |
| 125 | 76.189.37.141 | 2015-10-31 | 2015-11-02 | Minority Report S01E05 HDTV x264 2HD ettv tv | Video TV | 2 | CA3C881FC86B0565E5CD98D696A7 |
| 126 | 76.189.37.141 | 2015-11-02 | 2015-11-02 | Gotham S02E06 720p HDTV X264 DIMENSION rartv tv | Video TV | 1 | DA22B7F570399970CE3773CD13CE |
| 127 | 76.189.37.141 | 2015-10-31 | 2015-11-02 | GothamS02E06HDTVx264LOL[ettv] in Gotham | Video TV | 2 | DAA109D45284C92040AD6FDEAF4E |
| 128 | 76.189.37.141 | 2015-11-02 | 2015-11-02 | The Affair S02E04 720p HDTV x264 KILLERS cttv tv | Video TV | 1 | D8EF77F07EFB54744A4622C20BC3 |
| 129 | 76.189.37.141 | 2015-11-02 | 2015-11-02 | [ ] Vacation 2015 HC TRUEFRENCH HDRip MD XviDEXTREME avi | Video Movies | 1 | 553C749189D0252E83A7EFF51E80 |
| 130 | 76.189.37.141 | 2015-10-31 | 2015-10-31 | Хитмэн Агент 47 Hitman Agent 47 2015 HDTVRip Звук с TS | Video Movies | 1 | D978BA29000081DC5507806343A1 |
| 131 | 76.189.37.141 | 2015-10-28 | 2015-10-28 | TheSimpsonsS27E05HDTVx264KILLERS[ettv] in The Simpsons | Video TV | 1 | 0656457CE9B0D4EC613083D8BA96 |
| 132 | 76.189.37.141 | 2015-10-25 | 2015-10-25 | GothamS02E05HDTVx264LOL[ettv] in Gotham | Video TV | 1 | 8BAC678C4ABC0B5D46C869C63BF7 |
| 133 | 76.189.37.141 | 2015-10-25 | 2015-10-25 | Breaking Bad Season 5 Complete 720pBRripSujaidr | Video TV | 1 | 921A252971F94E988C5980D1FCBE |
| 134 | 76.189.37.141 | 2015-10-25 | 2015-10-25 | Guardians of the Galaxy 2014 720p BrRip x264 YIFY | Video Movies | 1 | 836D2E8C6350E4CE3800E812B60E |
| 135 | 76.189.37.141 | 2015-10-25 | 2015-10-25 | Limitless S01E04 HDTV XviD FUM ettv tv | Video TV | 1 | 9385FF6A64FC2F6B25F9E9286249 |
| 136 | 76.189.37.141 | 2015-10-25 | 2015-10-25 | ArrowS04E03HDTVx264LOL[ettv] in Arrow | Video TV | 1 | 910077892DC9E625FC70508EA633 |
| 137 | 76.189.37.141 | 2015-10-25 | 2015-10-25 | TheBastardExecutionerS01E05HDTVXviDFUM[ettv] in Other | Video TV | 1 | 95B1C31671405197790000EAC84C8 |
| 138 | 76.189.37.141 | 2015-10-24 | 2015-10-24 | Suits S04E16 HDTV x264 ASAP ettv tv | Video TV | 1 | 0CC3D029360B83DA909B130AF012 |
| 139 | 76.189.37.141 | 2015-10-24 | 2015-10-24 | GothamS02E04HDTVXviDFUM[ettv] in Other | Video TV | 1 | 11382DFA23E3E4A9B82FEAE386F6 |
| 140 | 76.189.37.141 | 2015-10-24 | 2015-10-24 | TheNewAdventuresofPeterPan2015HDRipXviDAC3EVO in Animation | Video Movies | 1 | 097F8C409A1CCF698FED746B6ABE |
| 141 | 76.189.37.141 | 2015-10-24 | 2015-10-24 | The Flash 2014 S02E03 720p HDTV X264 DIMENSION rartv tv | Video TV | 1 | 0A66C671586D5A80750CA15DF8F3 |
| 142 | 76.189.37.141 | 2015-10-24 | 2015-10-24 | Divertida Mente 2015 BRrip Blu Ray 1080p 5 1 Ch Dublado movies highres | Video Movies | 1 | 1125FDDF621F008505BD4EC069A1 |
| 143 | 76.189.37.141 | 2015-10-24 | 2015-10-24 | True Detective S01 Season 1 Complete HDTV x264 [ESubs] [VectoR DexzAery] | Video TV | 1 | 12384B283D2DEBDA5AA76E998AB8 |
| 144 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | Jian Bing Man 2015 HD720P X264 AAC Mandarin CHS ENG Mp4Ba movies dubbed | Video Movies | 1 | 8805300F358DD16CC4C928588AF4 |
| 145 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | TheFlash2014S02E01HDTVx264LOL[ettv] in Other | Video TV | 1 | 3C9D860DE0A2E45C910060C443D9 |
| 146 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | Dead Rising Watchtower SPANISH ESPA?OL HDRip XviD ELITETORRENT movies dubbed | Video Movies | 1 | 1A7ADCA6F238238387B98F55E328 |
| 147 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | Brooklyn Nine Nine S03E02 HDTV x264 FUM ettv tv | Video TV | 1 | 90099E6600E045464FE1AB322441 |
| 148 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | Quantico S01E02 720p HDTV X264 DIMENSION rartv tv | Video TV | 1 | 8D327AF6EF0E05F6B0815241729S |
| 149 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | GoldRushS06E01BloodSweatandGoldHDTVx264FUM[ettv] in Gold Rush | Video TV | 1 | A4BCA9E9E0EEA0EDB0DA09FB24F4 |
| 150 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | The Canal 2014 TRUEFRENCH BDRiP XViD AViTECH avi movies | Video Movies | 1 | 65AC560E22C4ECE1DEC4CA072289 |
| 151 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | gimp 2 8 14 setup 1 exe | Other | 1 | A85B7E7F035C55F684238D0E252E |
| 152 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | Southpaw 2015 1080p BrRip x264 YIFY movies highres | Video Movies | 1 | 8A8AED41A51E422CFD4300B1C453 |
| 153 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | iZombie S02E02 HDTV x264 LOL ettv tv | Video TV | 1 | 8EF31D15869F3AD74F51F8A483D4 |
| 154 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | UFC Fight Night 75 HDTV x264 jkkk = SPARROW = tv | Video TV | 1 | 9A7CD2726A0956E84AF5E5B0CEF0 |

| # | IP | First Seen | Last Seen | Torrent Name | Type | Occurences | Torrent Hash |
|---|---|---|---|---|---|---|---|
| 155 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | Limitless S01E04 HDTV x264 LOL ettv tv | Video TV | 1 | 8659D0A21787D3981D5D1C239BF7 |
| 156 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | Night at the Museum Secret of the Tomb 2014 720p BrRip x264 YIFY movies highres | Video Movies | 1 | A4CEFD59BDDD10006FA046304E88 |
| 157 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | Terminator Genisys 2015 1080p BrRip x264 YIFY in Movies Other | Video Movies | 1 | E6DBA20010EB92B4D0BA256E9680 |
| 158 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | Gotham S02E04 HDTV x264 LOL ettv tv | Video TV | 1 | BEE5D333B873D69A955C1BF99E37 |
| 159 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | Terminator Genisys 2015 READNFO HC HDRip XViD ETRG movies | Video Movies | 1 | 2AE3163898ADBBBE17829A1CF3BA |
| 160 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | ??????? ????????. ?????? ????? ? 720? | Video TV | 1 | C60A69BC851646ADFB3BA1278934 |
| 161 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | Dark Matter S01E09 HDTV x264 KILLERS rartv tv | Video TV | 1 | 2AE3ABF861121A9ACC217B392DC2 |
| 162 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | LastWeekTonightWithJohnOliverS02E30HDTVx264BATV[ettv] in Other | Video TV | 1 | AD63606D74D36F71BDDE6D19BEF1 |
| 163 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | Little Boy 2015 720p BrRip x264 YIFY movies highres | Video Movies | 1 | 26AF124CEDFF6328614AC0DCA16A |
| 164 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | The Walking Dead S06E01 HDTV x264 FLEET tv hd | Video TV | 1 | 9BF3AAF3EDCCC6FA82633FB59E29 |
| 165 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | Defiance S03E10 HDTV x264 KILLERS rartv tv | Video TV | 1 | 22B27168399351013D639D62BC54 |
| 166 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | 1The Martian 2015 HDTS 900MB MkvCage in Adventure | Video Movies | 1 | A5CDAB3A6F5803BA3EEDF2CB54B8 |
| 167 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | AmericanBeachHouse2015BRRipXviDAC3EVO in Comedy | Video Movies | 1 | 1E90DFB86584FBD8DEE6D3FFAD88 |
| 168 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | Spy 2015 1080p BrRip x264 YIFY action | Other | 1 | 93748BEF633891AED8A63868746B |
| 169 | 76.189.37.141 | 2015-10-18 | 2015-10-18 | Bajrangi Bhaijaan 2015 DVD SCR 1 3 rip IcTv 7th Anniversary Exclusive = SPARROW = movies | Video TV | 1 | 1C904BBAB4A79B71BFB2037F0447 |
| 170 | 76.189.37.141 | 2015-10-05 | 2015-10-05 | Monster Hunt 2015 HD720P X264 AAC Mandarin CHS ENG Mp4Ba movies dubbed | Video Movies | 1 | 203E94701ADAF584BC76951DF4FF |
| 171 | 76.189.37.141 | 2015-10-04 | 2015-10-05 | Listening2014HDRipXviDAC3EVO in Drama | Video Movies | 2 | 85E24DF8DB67091096C647843F7B |
| 172 | 76.189.37.141 | 2015-10-04 | 2015-10-05 | Gotham S02E02 HDTV x264LOL[ettv] in Other | Video TV | 2 | 88009716C7A75BC310FD2B513376 |
| 173 | 76.189.37.141 | 2015-10-05 | 2015-10-05 | Tomorrowland 2015 1080p BRRip x264 DTSJYK in Action | Video Movies | 1 | 1AD6D5DC7563AE8982C19E729233 |
| 174 | 76.189.37.141 | 2015-10-05 | 2015-10-05 | Pixels2015720pHDRipx264AACETRG in Action | Video Movies | 1 | 235F65795A80314F93CD4E0B0A60 |
| 175 | 76.189.37.141 | 2015-10-04 | 2015-10-05 | Gotham S02E01 HDTV x264LOL[ettv] in Gotham | Video TV | 2 | 25884B59AC2F327E2EEDCBBDA930 |
| 176 | 76.189.37.141 | 2015-10-04 | 2015-10-04 | The Strain S02E10 HDTV x264 BATV ettv tv | Video TV | 1 | 954A1F0F676922676BAC1E134529 |
| 177 | 76.189.37.141 | 2015-10-04 | 2015-10-04 | The Ultimate Fighter S22E01 HDTV x264 FightBB in The Ultimate Fighter | Video TV | 1 | 80F7D7FCF193E396FCE7F29D72AE |
| 178 | 76.189.37.141 | 2015-10-04 | 2015-10-04 | Munna Mange Memsaab 2014 HINDI DVDRIP xviDSSM mp4 | Video Movies | 1 | 800090B18F9ED5C4372BDFFA1631 |
| 179 | 76.189.37.141 | 2015-09-28 | 2015-10-04 | How to Get Away with Murder S02E01 HDTV x264 LOL ettv tv | Video TV | 2 | 7F639B98686C44694CCE242B581B |
| 180 | 76.189.37.141 | 2015-10-04 | 2015-10-04 | Avengers 2 Age of Ultron 2015 DVDRIP XviDSSMmp4 torrent | Video Movies | 1 | 8A9F191985D2A8DA69E26A90D7C9 |
| 181 | 76.189.37.141 | 2015-09-28 | 2015-09-28 | Extant S02E12E13 HDTV x264 LOL ettv tv | Video TV | 1 | 8A4976623CCC1FEF1D7429530F26 |
| 182 | 76.189.37.141 | 2015-09-28 | 2015-09-28 | Awkward S05E04 HDTV x264KILLERS[ettv] in Awkward | Video TV | 1 | 881D6018E00E6AF77BD1ED9749EB |
| 183 | 76.189.37.141 | 2015-09-28 | 2015-09-28 | Gotham S02E01 720p HDTV X264 DIMENSION rartv tv | Video TV | 1 | 8A0DF5176356C6089C21DC7937C3 |
| 184 | 76.189.37.141 | 2015-09-28 | 2015-09-28 | Man Up 2015 720p BrRip x264 YIFY in Movies Other | Video Movies | 1 | 934D910EA8E42B5C1A67114ED138 |
| 185 | 76.189.37.141 | 2015-07-22 | 2015-07-22 | Roger Dodger 2002 720p BrRip x264 YIFY | Video Movies | 1 | A1912F69E1F41D5A5AD379E77603 |

| # | IP | First Seen | Last Seen | Torrent Name | Type | Occurences | Torrent Hash |
|---|---|---|---|---|---|---|---|
| 186 | 76.189.37.141 | 2015-07-22 | 2015-07-22 | American Pie Presents The Book of Love 2009 1080p BrRip x264 YIFY | Video Movies | 1 | 1D1C7874AE34A088110CBB446D9... |
| 187 | 76.189.37.141 | 2015-07-21 | 2015-07-21 | The Road Within 2014 720p BrRip x264 YIFY movies highres | Video Movies | 1 | A8E43BB20958A15835E5E56D479... |
| 188 | 76.189.37.141 | 2015-07-21 | 2015-07-21 | UFC Fight Night 70 HDTV x264 Fight BB GloDLS tv | Video TV | 1 | ACC708EF69D1FE55AB4388C252A... |
| 189 | 76.189.37.141 | 2015-07-16 | 2015-07-16 | The Last Five Years 2014 720p BrRip x264 YIFY movies hd highres | Video Movies | 1 | 23B5C52FE0B571FC8D163390CA9... |
| 190 | 76.189.37.141 | 2015-07-16 | 2015-07-16 | Minions2015HDTSREADNFOXVIDAC3VAiN in Animation | Video Movies | 1 | 1ECAD91C821BC2D881C03B9C8F5... |
| 191 | 76.189.37.141 | 2015-07-16 | 2015-07-16 | Ted22015CAMx264MenaceIISociety in Comedy | Video Movies | 1 | 21A18CA36FE4F81A6553814976E... |
| 192 | 76.189.37.141 | 2015-05-11 | 2015-07-16 | The Water Diviner 2014 720p BrRip x264 YIFY | Video Movies | 2 | 1B1325E46E514B6642DE14485A7... |
| 193 | 76.189.37.141 | 2015-07-16 | 2015-07-16 | The Duff 2015 WEB RIP CAM AUDIO FANTA movies | Video Movies | 1 | 255CFDCFC36FA30DDC6374C9279... |
| 194 | 76.189.37.141 | 2015-07-11 | 2015-07-11 | We Bought a Zoo 2011 720p BrRip x264 800MB YIFY | Video Movies | 1 | 542125916246DA1F895C60E2DBB... |
| 195 | 76.189.37.141 | 2015-06-29 | 2015-06-29 | Joe Dirt 2001 1080p WEB DL H264 iDLE | Video Movies | 1 | 2C970DD9D728F280D0AA033F9CE... |
| 196 | 76.189.37.141 | 2015-06-28 | 2015-06-28 | Wedding Crashers 2005 720p BrRip mkv 550mb YIFY | Video Movies | 1 | BCF77B38C97976CD1DE66E56300... |
| 197 | 76.189.37.141 | 2015-06-21 | 2015-06-21 | Greenberg 2010 720p BrRip mkv 700MB YIFY | Video Movies | 1 | 5A9D8295279688DCA5D42D2E222... |
| 198 | 76.189.37.141 | 2015-06-14 | 2015-06-14 | Taking Lives UNRATED DIRECTORS CUT 2004 1080p BrRip x264 YIFY | Video Movies | 1 | 938ABAD33A8681802E3CE192B09... |
| 199 | 76.189.37.141 | 2015-06-14 | 2015-06-14 | The Kings of Summer 2013 1080p BrRip x264 YIFY | Video Movies | 1 | 3459DE889B7334F0C56F183A128... |
| 200 | 76.189.37.141 | 2015-06-12 | 2015-06-12 | The Night Crew 2015 DVDRip XviD EVO movies | Video Movies | 1 | A12E24B1B10878A2564825EBCD5... |
| 201 | 76.189.37.141 | 2015-06-12 | 2015-06-12 | Omarion Post To Be feat Chris Brown Jhene Aiko {2014Single} | Audio Music | 1 | EFDC96FE9E7B6C9A462A2F8B1ED... |
| 202 | 76.189.37.141 | 2015-06-12 | 2015-06-12 | Unfinished Business 2015 720p BrRip x264 YIFY movies highres | Video Movies | 1 | 850ABF17B1695A680212B0C5D49... |
| 203 | 76.189.37.141 | 2015-06-12 | 2015-06-12 | Nightwish Endless Forms Most Beautiful [2015] ak6103 | Audio Music | 1 | 9A3BF0A70340815B6FF78514488... |
| 204 | 76.189.37.141 | 2015-06-12 | 2015-06-12 | The Equalizer 2014 1080p BluRay x264 anoXmous | Video Movies | 1 | 8A337C18BF2D34F4B089437B628... |
| 205 | 76.189.37.141 | 2015-06-12 | 2015-06-12 | Detective Byomkesh Bakshy 2015 1CD DVDrip x264 ESub [DDR] in Bollywood | Video Movies | 1 | 9E414E3B9946929EAE1820E72EA... |
| 206 | 76.189.37.141 | 2015-06-09 | 2015-06-09 | MadMaxFuryRoad2015TELESYNCXViDMrSeeNSiMPLE in Action | Video Movies | 1 | 3D45FD5813AC61F4B2BD93235CD... |
| 207 | 76.189.37.141 | 2015-06-09 | 2015-06-09 | Wayward Pines S01E03 HDTV XviD FUM ettv tv | Video TV | 1 | 6D70359163F7B637DDA99E835D3... |
| 208 | 76.189.37.141 | 2015-06-09 | 2015-06-09 | Joe 2013 1080p BrRip x264 YIFY | Video Movies | 1 | 7784092354CE8E447DCCEA1678E... |
| 209 | 76.189.37.141 | 2015-05-28 | 2015-05-28 | The DUFF 2015 1080p BrRip x264 YIFY movies highres | Video Movies | 1 | 86B6EB8183B4773511F2ACE5B42... |
| 210 | 76.189.37.141 | 2015-05-21 | 2015-05-21 | HitByLightning2014DVDRipXviDEVO in Comedy | Video Movies | 1 | F48A1E02F01BA22D6DB104837E3... |
| 211 | 76.189.37.141 | 2015-05-21 | 2015-05-21 | The Last Naruto the Movie 2014 720p HDRip 850MB MkvCage movies highres | Video Movies | 1 | D965009342479BC664A807FB84D... |
| 212 | 76.189.37.141 | 2015-05-21 | 2015-05-21 | Led Zeppelin Greatest Hits 2CD [2008] 320 vtwin88cube | Audio Music | 1 | A1E340BB43FBE251AAD4C07FD86... |
| 213 | 76.189.37.141 | 2015-05-21 | 2015-05-21 | PINK FLOYD Discography 2011 Remasters [Bubanee] | Audio Music | 1 | 7ABF2EEA1E0959886D838003A39... |
| 214 | 76.189.37.141 | 2015-05-21 | 2015-05-21 | Stone Sour Meanwhile In Burbank EP 2015 a4k music mp3 | Audio Music | 1 | B8D86E663BFDDA46CB5189B354D... |
| 215 | 76.189.37.141 | 2015-05-19 | 2015-05-21 | Starred Up 2013 720p BrRip x264 YIFY movies highres | Video Movies | 2 | 2F16A2072C8E8F7E8828EBE5EBE... |
| 216 | 76.189.37.141 | 2015-05-21 | 2015-05-21 | Song of the Sea 2014 1080p BrRip x264 YIFY movies highres | Video Movies | 1 | ECFC7A0B4C6343DABAA70AD1DA5... |

| # | IP | First Seen | Last Seen | Torrent Name | Type | Occurences | Torrent Hash |
|---|---|---|---|---|---|---|---|
| 217 | 76.189.37.141 | 2015-05-21 | 2015-05-21 | Mortdecai 2015 1080p BrRip x264 YIFY movies highres | Video Movies | 1 | D3658C97CD021B5FA6F6D908E7E( |
| 218 | 76.189.37.141 | 2015-05-21 | 2015-05-21 | Sia 1000 Forms of Fear 2014 CBR 320 KBPS [AryaNL33T] | Audio Music | 1 | 9D3EE62DA76365E5AAB6FB616C4! |
| 219 | 76.189.37.141 | 2015-05-19 | 2015-05-19 | Arrow S03E17 HDTV x264 LOL ettv tv | Video TV | 1 | 587B7DA5C95CB3C1D2C5BE279F6! |
| 220 | 76.189.37.141 | 2015-05-19 | 2015-05-19 | Gabbar is Back 2015 S CamRip XviD 1CD Team IcTv Exclusive = SPARROW = movies | Video TV | 1 | 4F7709F104074BBCDA22E4D2B88" |
| 221 | 76.189.37.141 | 2015-05-19 | 2015-05-19 | Nero Burning ROM FINAL 2015 v16002200 + Crack [TechTools] | Other | 1 | 08115A1DF1129B8E7A698FBDA4B4 |
| 222 | 76.189.37.141 | 2015-05-19 | 2015-05-19 | Furious 7 2015 1080p WEBRip KORSUB x264 AAC2 0 RARBG movies | Video Movies | 1 | 37EF72CCD3FF80440F0E2D70510( |
| 223 | 76.189.37.141 | 2015-05-15 | 2015-05-15 | ████████████████████████ | ███ | █ | ████████████████████████ |
| 224 | 76.189.37.141 | 2015-05-15 | 2015-05-15 | Jupiter Ascending 2015 1080p BrRip x264 YIFY movies highres | Video Movies | 1 | 832CB0F2C09076D5688CEA5AB82I |
| 225 | 76.189.37.141 | 2015-05-15 | 2015-05-15 | Excalibur 1981 1080p BrRip x264 YIFY movies highres | Video Movies | 1 | 49B17A88F420253FA1D58A8D9BDI |
| 226 | 76.189.37.141 | 2015-05-11 | 2015-05-15 | Ben E King The Drifters Greatest Hits [Bubanee] | Audio Music | 2 | C7FB048312DE3722F6A0C80B1DFI |
| 227 | 76.189.37.141 | 2015-05-15 | 2015-05-15 | A Most Violent Year 2014 720p BrRip x264 YIFY movies highres | Video Movies | 1 | 5900790C5636F09CCC8BEB840A6I |
| 228 | 76.189.37.141 | 2015-05-15 | 2015-05-15 | The Big Bang Theory S08E23 HDTV x264LOL[ettv] in The Big Bang Theory | Video TV | 1 | 43F614EEF26DBC23A15A0A55033I |
| 229 | 76.189.37.141 | 2015-05-14 | 2015-05-14 | The Vampire Diaries S06E18 HDTV x264LOL[ettv] in Other | Video TV | 1 | 0E92249D8C22D099F47D750072F! |
| 230 | 76.189.37.141 | 2015-05-14 | 2015-05-14 | Hot Tub Time Machine 2 2015 UNRATED HDRip XViD ETRG movies | Video Movies | 1 | 17EEC6E435AB9CC650CD07C6337I |
| 231 | 76.189.37.141 | 2015-05-13 | 2015-05-13 | WWE Raw 05 04 15 720p HDTV H264 XWT = SPARROW = tv | Video TV | 1 | A960BDAFC10BDD18DDCD78E809B2 |
| 232 | 76.189.37.141 | 2015-05-13 | 2015-05-13 | Chris Brown X [Deluxe 320] 2014 | Audio Music | 1 | 40CF6C5B8866B89CC9AFA2BFCFF! |
| 233 | 76.189.37.141 | 2015-05-13 | 2015-05-13 | The Gambler 2014 HDRip | Video Movies | 1 | 60BD95A0742B69D5FD7C4993ED0I |
| 234 | 76.189.37.141 | 2015-05-13 | 2015-05-13 | The SpongeBob Movie Sponge Out of Water 2015CamRipXviDFANTA in Animation | Video Movies | 1 | E458C212BB5ACA02537892DAA0DI |
| 235 | 76.189.37.141 | 2015-05-13 | 2015-05-13 | The Forger 2014 1080p BrRip x264 YIFY movies highres | Video Movies | 1 | 4ED8EA9CEE997D37AF0793DB8DF4 |
| 236 | 76.189.37.141 | 2015-05-13 | 2015-05-13 | Nicki Minaj Only feat Drake Lil Wayne Chris Brown {2014Single} | Audio Music | 1 | A418BD2E0B9207D0B478CAE3BC3I |
| 237 | 76.189.37.141 | 2015-05-13 | 2015-05-13 | Silicon Valley S02E04 HDTV x264ASAP[ettv] in Other | Video TV | 1 | 4999333CD1CFDEF9B2A56782B7F3 |
| 238 | 76.189.37.141 | 2015-05-13 | 2015-05-13 | The Hunger Games Mockingjay Part 1 2014 HDRip XviD MAXSPEED movies | Software Games | 1 | 6079F272558C5C847945AACB55E8 |
| 239 | 76.189.37.141 | 2015-05-13 | 2015-05-13 | 01 Bitch Better Have My Money mp3 music mp3 | Audio Music | 1 | 613E0BFFD4C60620378320528CC( |
| 240 | 76.189.37.141 | 2015-05-13 | 2015-05-13 | Fifty Shades Of Grey OST 2015 WEB [MP3320kbps] | Audio Music | 1 | 8189D264F54843F836B8DBEB159( |
| 241 | 76.189.37.141 | 2015-05-13 | 2015-05-13 | Breaking Bad Season 1 Complete 720pBRripSujaidr | Video TV | 1 | 72A391645B5EA76DD6F5ADE169FI |
| 242 | 76.189.37.141 | 2015-05-13 | 2015-05-13 | Revenge of the Nerds 1984 1080p BrRip x264 YIFY | Video Movies | 1 | FAAEF60913D3DE22EB6101CFDC0( |
| 243 | 76.189.37.141 | 2015-05-13 | 2015-05-13 | Internet Download Manager IDM 621 Build 16 Final Incl Crack [ATOM] | Other | 1 | 55282A6D8AA608CAED27B025060! |
| 244 | 76.189.37.141 | 2015-05-13 | 2015-05-13 | Malwarebytes AntiMalware Premium 2021012 Final + Keys [ATOM] | Other | 1 | 5ECF64BA121D5B7FFE9E690C27DI |
| 245 | 76.189.37.141 | 2015-05-13 | 2015-05-13 | The Interview | Video Movies | 1 | 746F5C84A8B21256636A2A934824 |
| 246 | 76.189.37.141 | 2015-05-10 | 2015-05-13 | Home Sweet Hell 2015 720p BrRip x264 YIFY movies highres | Video Movies | 3 | 51678EB07DAA36E5340F9817532I |
| 247 | 76.189.37.141 | 2015-05-13 | 2015-05-13 | Taken 3 2014 READNFO HDRip XviD AC3 EVO movies | Video Movies | 1 | 5DB205614C26756972635ABDEAAI |

| # | IP | First Seen | Last Seen | Torrent Name | Type | Occurences | Torrent Hash |
|---|---|---|---|---|---|---|---|
| 248 | 76.189.37.141 | 2015-05-12 | 2015-05-12 | Adult Beginners 2015 HDRip XviD AC3 EVO movies divx xvid | Video Movies | 1 | 0ECC2CE4FD99AA3F51FFE3AD7614 |
| 249 | 76.189.37.141 | 2015-05-12 | 2015-05-12 | True Detective Season 1 720p BluRay x264 ShAaNiG | Video TV | 1 | 6CCACFFC8C8F0839A0E610AF2237 |
| 250 | 76.189.37.141 | 2015-05-12 | 2015-05-12 | Deorro amp Chris Brown Five More Hours 2015 Single music single mp3 | Audio Music | 1 | A2AC90F76BBE13193EF5BA6EA48E |
| 251 | 76.189.37.141 | 2015-05-12 | 2015-05-12 | The Flash 2014 S01E17 HDTV x264 LOL ettv tv | Video TV | 1 | 8407466E021DEF92DC8D3B53FC95 |
| 252 | 76.189.37.141 | 2015-05-12 | 2015-05-12 | The Following S03E11 HDTV x264LOL[ettv] in Other | Video TV | 1 | DC81E2249199FABA6C4966CD764E |
| 253 | 76.189.37.141 | 2015-05-10 | 2015-05-12 | Insurgent 2015 READNFO CAM AAC x264LEGi0N | Video Movies | 2 | 96B21D8BA135E5623222CEBAE5E7 |
| 254 | 76.189.37.141 | 2015-05-12 | 2015-05-12 | Game of Thrones S05E03 WEBRip XviD FUM ettv tv | Video TV | 1 | C1F9F6BADE11A4C46028B118053 |
| 255 | 76.189.37.141 | 2015-05-12 | 2015-05-12 | American Sniper 2014 DVDSCR X264PLAYNOW | Video Movies | 1 | 073A2EB5761DADBFFC47EE43FC2E |
| 256 | 76.189.37.141 | 2015-05-12 | 2015-05-12 | Lupe Fiasco Tetsuo & Youth [2015] 320 CD | | 1 | 5053EA5859DCE3E39F1990473EE5 |
| 257 | 76.189.37.141 | 2015-05-12 | 2015-05-12 | Ne Yo Non Fiction Deluxe 2015 Album music mp3 | Audio Music | 1 | 7F57DA127C17D816233161494559 |
| 258 | 76.189.37.141 | 2015-05-11 | 2015-05-11 | Careful What You Wish For 2015 DVDRip XviD EVO movies | Video Movies | 1 | 7A974329645E25F53FA5E109E781 |
| 259 | 76.189.37.141 | 2015-05-11 | 2015-05-11 | Castle 2009 S07E22 HDTV x264LOL[ettv] | Video TV | 1 | 01EA1654C3CA108AD397C249AB30 |
| 260 | 76.189.37.141 | 2015-05-11 | 2015-05-11 | Arrow S03E20 HDTV x264LOL[ettv] in Other | Video TV | 1 | 516B15346EBC3DFE69B2B6CB6172 |
| 261 | 76.189.37.141 | 2015-05-11 | 2015-05-11 | Forever US S01E22 HDTV x264LOL[ettv] in Other | Video TV | 1 | 9DFE34DA6C5C936DCEFDE09999F0 |
| 262 | 76.189.37.141 | 2015-05-10 | 2015-05-11 | Vikings S03E06 HDTV x264 KILLERS ettv tv | Video TV | 2 | 1C344F684D90AD72F607CB618732 |
| 263 | 76.189.37.141 | 2015-05-10 | 2015-05-11 | The Walking Dead S05E15 PROPER HDTV x264 BATV ettv tv | Video TV | 2 | A3244E9F76AAA5EE71281549621E |
| 264 | 76.189.37.141 | 2015-05-11 | 2015-05-11 | Just Before I Go 2014 DVDRip XViDETRG | Video Movies | 1 | 4145BFAF40EBBB8044C9649CC4D3 |
| 265 | 76.189.37.141 | 2015-05-10 | 2015-05-10 | Arrow S03E18 720p HDTV X264 DIMENSION eztv tv shows eztv | Video TV | 1 | 40FED33B4875F1DD009C427788A9 |
| 266 | 76.189.37.141 | 2015-05-10 | 2015-05-10 | [ www Cpasbien pw ] Seventh Son 2014 FRENCH BRRip XviDSlay3R avi | Video Movies | 1 | 651B4A68321D6107F53E84EF67F0 |
| 267 | 76.189.37.141 | 2015-05-10 | 2015-05-10 | The Boy Next Door 2015 1080p BrRip x264 YIFY movies highres | Video Movies | 1 | 680FC68005067710E7794767D105 |
| 268 | 76.189.37.141 | 2015-05-10 | 2015-05-10 | Game of Thrones S05E04 WEBRip XviD FUM ettv tv | Video TV | 1 | 30ABE6B5816C758D327672A0FA58 |
| 269 | 76.189.37.141 | 2015-05-10 | 2015-05-10 | Spring 2014 HDRip XviD AC3 EVO movies | Video Movies | 1 | E64CADB93203C42706B4F460AD80 |
| 270 | 76.189.37.141 | 2015-05-10 | 2015-05-10 | Ride2014HDRipXViDETRG in Comedy | Video Movies | 1 | CB39BD7B0864294DFF78852D6D4E |
| 271 | 76.189.37.141 | 2015-05-10 | 2015-05-10 | Game of Thrones S05E01 HDTV x264 Xclusive mp4 tv | Video TV | 1 | FD8B1062AF0D8C2426CB4D180B86 |
| 272 | 76.189.37.141 | 2015-04-30 | 2015-04-30 | Tracers 2015 720p BrRip x264 YIFY in Movies Other | Video Movies | 1 | E3DD48C80D327CA83037CB85D65A |
| 273 | 76.189.37.141 | 2015-04-15 | 2015-04-15 | In the Blood 720p 2014 | Video Movies | 1 | 0B23ACF27D3A9AC47E47ED2A84E0 |
| 274 | 76.189.37.141 | 2015-04-15 | 2015-04-15 | Birdman 2014 BDRip 1080p iTunes A | Video Movies | 1 | 0E55880FE1DA9513E531EA4CF7F0 |
| 275 | 76.189.37.141 | 2015-04-15 | 2015-04-15 | Wrong Cops | Video Movies | 1 | 0D5942A756C57226007F0E899040 |
| 276 | 76.189.37.141 | 2015-04-15 | 2015-04-15 | The Flash 2014 S01E12 HDTV x264 LOL ettv tv | Video TV | 1 | 1532DD1CDBFB9937A843806951A1 |
| 277 | 76.189.37.141 | 2015-04-15 | 2015-04-15 | Nightcrawler | Video Movies | 1 | D4CFEF02BE5AE171673BFC3FA2B8 |
| 278 | 76.189.37.141 | 2015-04-09 | 2015-04-09 | One Direction FOUR Deluxe Edition | Other | 1 | 1CFC2741723CD19589F9134BAC03 |

| # | IP | First Seen | Last Seen | Torrent Name | Type | Occurences | Torrent Hash |
|---|---|---|---|---|---|---|---|
| 279 | 76.189.37.141 | 2015-04-09 | 2015-04-09 | The Walking Dead [05x0112 16] 2014 WEBDLRip LostFilm | Video TV | 1 | 3A26D4FDAE802AEAA4AD383C4099 |
| 280 | 76.189.37.141 | 2015-04-09 | 2015-04-09 | ExodusGodsandKings20141080pWEBDLDD51H264FILELIST in Action | Video Movies | 1 | 09F0012A5702BFED49F91D18A102 |
| 281 | 76.189.37.141 | 2015-04-09 | 2015-04-09 | Parker 2013 720p BrRip x264 YIFY | Video Movies | 1 | 4925EECC7C0D815E7C4A518C4DDI |
| 282 | 76.189.37.141 | 2015-04-09 | 2015-04-09 | SubwaySurfers Setup For PC | Software Games | 1 | 94BE241F7EC8E413A2B31BF37AA5 |
| 283 | 76.189.37.141 | 2015-04-08 | 2015-04-08 | Scorpion S01E10 HDTV x264LOL [eztv] | Video TV | 1 | 29231FC77DFFEC7E5ADBF8FFF871 |
| 284 | 76.189.37.141 | 2015-04-08 | 2015-04-08 | The Notebook 2004 1080p BrRip x264 YIFY | Video Movies | 1 | 868E7F9C148FB8C70EB9E065AC29 |
| 285 | 76.189.37.141 | 2015-04-08 | 2015-04-08 | Now Thats What I Call Music 89 2014 [2 CD] 320 KBPS [GloDLS] | Audio Music | 1 | 668057231792ED4B66361585C050 |
| 286 | 76.189.37.141 | 2015-04-08 | 2015-04-08 | Toy Story El Tiempo Perdido BluRay Rip AC3 2 0 Espa?ol Spanish 2014 tv | Video TV | 1 | 283D24A1ED2529492BDA0BF6517I |
| 287 | 76.189.37.141 | 2015-04-07 | 2015-04-07 | 44 Miasto 44 City 44 2014 HDRip L2 | Video Movies | 1 | DF2A1501C46C27DA0A99F77AEED8 |
| 288 | 76.189.37.141 | 2015-04-04 | 2015-04-04 | The Guest (2014) [1080p] | | 1 | C0E6E2013925A063FEDBD9DB3F0I |
| 289 | 76.189.37.141 | 2015-03-07 | 2015-03-07 | Playing It Cool 2014 720p BrRip x264 YIFY | Video Movies | 1 | B76DAF0EC9A158F16156D18A026I |
| 290 | 76.189.37.141 | 2015-02-27 | 2015-02-27 | Transformers Age of Extinction 2014 New Source HDTS x264 AC3 TiTAN | Video Movies | 1 | 8CA378DBC8F62E04DF4A4A0114B6 |
| 291 | 76.189.37.141 | 2015-02-24 | 2015-02-24 | The Grand Budapest Hotel 2014 720p BrRip x264 YIFY | Video Movies | 1 | 3A0C37E5329AB205D5BF752C5269 |