IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cook Productions, LLC,                    Case No. 3:16 CV 3045

                 Plaintiff,         ORDER FOR DEFAULT JUDGMENT

      -vs-                           JUDGE JACK ZOUHARY

Vanessa Hughes, et al.,

                 Defendants.

Pending is Plaintiff's Motion for entry of default final judgment for a statutory award of damages, attorney fees, and injunctive relief (Doc. 41).  This Court grants the Motion in part.

The Clerk is directed to enter default final judgment in favor of Plaintiff and against Defendants Jonathan Toney and Krystal Ramsey, each in the amount of Thirteen Thousand Three Hundred Forty-Seven Dollars and Fifty Cents ($13,347.50) ($12,000.00 in statutory damages and $1,347.50 in attorney fees).

A permanent injunction is also entered against Defendants Jonathan Toney and Krystal Ramsey, enjoining them from directly or indirectly infringing Plaintiff's rights in "*Mr. Church*" a motion picture, including without limitation by using the Internet to reproduce or copy "*Mr. Church*," to distribute "*Mr. Church,*" or to make "*Mr. Church*" available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff.  Defendants are also enjoined to destroy all copies of  "*Mr. Church*" that Defendants have downloaded or transferred, without Plaintiff's authorization, onto any physical medium device in Defendants' possession, custody or control.

IT IS SO ORDERED.

                                                             s/ *Jack Zouhary*
                                                             JACK ZOUHARY
                                                             U. S. DISTRICT JUDGE

                                                             September 12, 2017